# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

SHELIA BATES                                                        PLAINTIFF


v.                          NO. 4:26-cv-00111-KGB-PSH


FRANK BISIGNANO, Commissioner of                          DEFENDANT
the Social Security Administration


## FINDINGS AND RECOMMENDATION


## INSTRUCTIONS


The following Recommendation has been sent to Chief United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

DISPOSITION

The Commissioner of the Social Security Administration ("Commissioner") has filed the pending unopposed motion to remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. 405(g). See Docket Entry 10. For good cause shown, the motion should be granted. This case should be remanded in accordance with the terms outlined by the Commissioner. The remand should be a sentence four remand. See Melkonyan v. Sullivan, 501 U.S. 89 (1991). The dismissal of this case should be without prejudice to plaintiff Shelia Bates' subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment should be entered pursuant to Fed. R. Civ. P. 58.

DATED this 9th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2